UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                    Chapter 13

GENENE M GEDDES

Bankruptcy No. 26-10912-DJB

Debtor

TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.      Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.      The within case was commenced by the filing of a Chapter 13 petition on 03/06/2026.

3.      This Motion to Dismiss has been filed for the following reason(s):

• There has been unreasonable delay by debtor(s) that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307(c)(1), by the failure of debtor(s) to provide business information sufficient for the trustee to evaluate the financial condition of debtor(s) and/or the plan.

• Debtor(s) has/have failed to provide, not later than 7 days before the date first set for the first meeting of creditors, a copy of the Federal income tax return required by 11 U.S.C. Section 521(e)(2).

WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee,  requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 05/29/2026                              Respectfully submitted,

                                              /s/ Kenneth E. West, Esq.
                                              _____
                                              Kenneth E. West, Esq.
                                              Standing Chapter 13 Trusteee
                                              190 N. Independence Mall West
                                              Suite 701
                                              Philadelphia, PA  19106
                                              Telephone: (215) 627-1377